**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Elvira E Gonzalez )<br>) | Docket No: 0972 1:20CR00227-001 |

On November 20, 2014, Ms. Gonzalez was sentenced to Supervised Release for a period of five-years. Supervision commenced on May 1, 2020.

Ms. Gonzalez has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. The case has been staffed with the United States Attorney's Office and they have no objections for Early Termination. It is accordingly recommended that the supervised releasee be discharged from supervision.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *(signature)* | *(signature)* |
| **Daniel Alejandro**<br>**Sr. United States Probation Officer** | **Adam Tunison**<br>**Supervising United States Probation Officer** |

**Dated:** October 20, 2023
Bakersfield, California

**Re:     Elvira E Gonzalez**
**Docket Number:   0972 1:20CR00227-001**
       **Report and Order Terminating Supervised Release**
       **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Elvira E Gonzalez be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   October 23, 2023

_____
UNITED STATES DISTRICT JUDGE